# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAN AGUILAR,<br><br>             Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | ) Case No.: 12cv0472 DLB<br>)<br>) ORDER GRANTING REQUEST TO<br>) EXTEND TIME<br>)<br>) (Document 13)<br>)<br>)<br>)<br>) |

On October 30, 2012, the parties filed a stipulation to allow Plaintiff an extension of time to file his Opening Brief. The parties' request is GRANTED. Plaintiff's Opening Brief SHALL be filed on or before December 5, 2012.

IT IS SO ORDERED.

Dated:   **October 31, 2012**                    /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE

1