BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    theophous.reagans@ssa.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ARMAN AGUILAR, | CASE NO. 1:12-CV-0472 DLB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended from December 28, 2012 to January 28, 2013.  Defendant needs the extension to complete his review of the defensibility of the ALJ's decision.

    All other dates in the Court's Scheduling Order are extended accordingly.

///

///

///

This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

Respectfully submitted,

Dated: December 27, 2012

*Robert D. Christenson*
(Authorized via telephone)
ROBERT D. CHRISTENSON
Attorney for Plaintiff

Dated: December 27, 2012

BENJAMIN B. WAGNER
United States Attorney

*Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:  **January 2, 2013**            /s/ **Stanley A. Boone**
                              UNITED STATES MAGISTRATE JUDGE

2